## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Oak Tree Condominium Association,     :
                          Appellant   :
                                      :

       v.                                 :
                                      :

John R. Greene, Sr. and Linda M. Greene,  :
and Wells Fargo Bank, N.A. and       :
Gary A. Hartman, Sheriff           :       No. 794 C.D. 2015

## **O R D E R**

NOW, March 15, 2016, upon consideration of appellant's application for reargument, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge